**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Dezzie Brumfield d/b/a LAD Enterprises, et al. v. Jimmy Williamson, Jimmy Williamson, PC, Williamson & Rusnak, Cyndi Rusnak, Cyndi Rusnak, PLLC, and Law Offices of Michael Pohl |
| Appellate case number: | 01-19-00336-CV |
| Trial court case number: | 2017-38294 |
| Trial court: | 189th District Court of Harris County |

Appellants have filed an Unopposed Motion to Re-Designate Appeal as Not Accelerated. The motion is **granted**.

**The reporter's record is due by August 2, 2019.** *See* TEX. R. APP. P. 34.1, 35.1.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss

        ☑ Acting individually    ☐ Acting for the Court

Date: __June 27, 2019__